PHILIP H. REID, PLAINTIFF, v. THE BROOKLYN & ROCKAWAY BEACH RAILROAD COMPANY AND DEWITT C. LITTLEJOHN, DEFENDANTS.

Exceptions sustained and judgment reversed, and new trial granted, costs to abide event.

Opinion by DYKMAN, J.

JOHN ASHCROFT, RESPONDENT, v. EDWARD H. ASHCROFT, APPELLANT.

Judgment affirmed, with costs.

Opinion by DYKMAN, J.

SOLOMON WELCH v. ELIZABETH M. MILLS.

Appeal dismissed, with costs.

Opinion by BARNARD, P. J.

WILHELMINA MAESEL, AS EXECUTRIX, &C., RESPONDENT, v. ANNA M. SCHROEDER AND OTHERS, APPELLANTS.

Judgment reversed, and new trial granted at Special Term, costs to abide event.

Opinion by GILBERT, J.

JOHN H. BROWN, RESPONDENT, v. THOMAS R. SHARP, AS RECEIVER OF THE LONG ISLAND RAILROAD COMPANY, APPELLANT.

Judgment reversed, and new trial granted at Circuit, costs to abide event; order of reference vacated.

Opinion by GILBERT, J.

PERRIN H. SUMNER, RESPONDENT, v. HENRY HOSFORD, APPELLANT, IMPLEADED WITH CORRA OSBORN.

Judgment and order denying new trial reversed, and new trial granted, costs to abide event.

Opinion by DYKMAN, J.

JOHN W. MILLER AND OTHERS, APPELLANTS, v. E. ELLERY ANDERSON AND FREDERICK H. MAN, IMPLEADED WITH WILLIAM H. HALLOCK, RESPONDENTS.

Judgment affirmed, with costs.

Opinion by BARNARD, P. J.